for petitioner. *Messrs. Wm. D. Whitney, Gabriel I. Lewis, Oscar B. Frazier,* and *James R. Beverley* for respondents.

No. 848. PALMER *v.* COMMISSIONER OF INTERNAL REVENUE. May 17, 1937. Petition for writ of certiorari to the Circuit Court of Appeals for the First Circuit granted. *Messrs. Robert G. Dodge* and *Harold S. Davis* for petitioner. *Solicitor General Reed* for respondent.

Nos. 865 and 866. CHICAGO TITLE & TRUST CO., SUCCESSOR TRUSTEE, *v.* FORTY-ONE THIRTY-SIX WILCOX BLDG. CORP. May 17, 1937. Petition for writs of certiorari to the Circuit Court of Appeals for the Seventh Circuit granted. *Mr. Silas H. Strawn* for petitioner. *Mr. Lewis E. Pennish* for respondent.

No. 887. HELVERING, COMMISSIONER OF INTERNAL REVENUE, *v.* GOWRAN. May 17, 1937. Petition for writ of certiorari to the Circuit Court of Appeals for the Seventh Circuit granted. *Solicitor General Reed* for petitioner. *Mr. A. L. Nash* for respondent.

No. 862. MAYER *v.* COMMISSIONER OF INTERNAL REVENUE. May 17, 1937. Petition for writ of certiorari to the Circuit Court of Appeals for the Seventh Circuit granted. *Mr. Llewellyn A. Luce* for petitioner. *Solicitor General Reed* for respondent.